# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Tirbhowan Bisnauth          **BK NO. 20-02070 RNO**
       Mooldevi Bisnauth

               **Debtor(s)**            **Chapter 13**


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of M&T BANK and index same on the master mailing list.


                     Respectfully submitted,


                     **/s/ James C. Warmbrodt, Esquire**
                     James C. Warmbrodt, Esquire
                     KML Law Group, P.C.
                     BNY Mellon Independence Center
                     701 Market Street, Suite 5000
                     Philadelphia, PA 19106
                     215-627-1322