Certificate Number: 17572-PAM-DE-034736981

Bankruptcy Case Number: 20-02070


17572-PAM-DE-034736981

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 4, 2020, at 6:09 o'clock AM PDT, Mooldevi Bisnauth completed a course on personal financial management given by telephone by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 4, 2020

By: /s/Leigh-Anna M Thompson

Name: Leigh-Anna M Thompson

Title: Counselor