```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                       Case No. 20-02070-RNO
Tirbhowan Bisnauth                                           Chapter 13
Mooldevi Bisnauth
      Debtors
                              CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke           Page 1 of 1           Date Rcvd: Aug 20, 2020
                              Form ID: ntcnfhrg         Total Noticed: 19
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2020.
```
db/jdb        +Tirbhowan Bisnauth,   Mooldevi Bisnauth,   144 Lenape Trail,   Albrightsville, PA 18210-3915
5342233       +Apex Asset Management,   2501 Oregon Pike,   Lancaster, PA 17601-4890
5342232       +Apex Asset Management,   2501 Oregon Pike,   Suite 201,   Lancaster, PA 17601-4890
5342234       +Carbon County Prothonotary,   PO Box 131,   Jim Thorpe, PA 18229-0131
5342235       +Carbon County Sheriff,   PO Box 147,   Jim Thorpe, PA 18229-0147
5342237       +Collection Service Center, Inc.,   Pob 560,   New Kensington, PA 15068-0560
5342240       +I C System,   Po Box 64378,   Saint Paul, MN 55164-0378
5342241       +James C. Warmbrodt, Esq.,   KML Law Group PC,   701 Market Street Suite 5000,
                Philadelphia, PA 19106-1541
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 20 2020 20:02:37
                PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5342236       +E-mail/Text: bankruptcy@firstenergycorp.com Aug 20 2020 19:49:44
                Collection Service Center, Inc.,   Attn: Bankruptcy,   839 5th Ave.,
                New Kensington, PA 15068-6303
5343839       +E-mail/Text: G06041@att.com Aug 20 2020 19:49:51     Directv, LLC,
                by American InfoSource as agent,   PO Box 5072,   Carol Stream, IL 60197-5072
5342239       +E-mail/Text: bknotice@ercbpo.com Aug 20 2020 19:49:45     Enhanced Recovery Corp,
                Po Box 57547,   Jacksonville, FL 32241-7547
5342238       +E-mail/Text: bknotice@ercbpo.com Aug 20 2020 19:49:44     Enhanced Recovery Corp,
                Attn: Bankruptcy,   8014 Bayberry Road,   Jacksonville, FL 32256-7412
5342242        E-mail/Text: camanagement@mtb.com Aug 20 2020 19:49:32     M&T Bank,   PO Box 1288,
                Buffalo, NY 14240-1288
5351143        E-mail/Text: camanagement@mtb.com Aug 20 2020 19:49:32     M&T Bank,   PO Box 840,
                Buffalo, NY 14240
5342243       +E-mail/Text: joe.papagno@smscollects.com Aug 20 2020 19:49:56     Source Rcvry,   Po Box 486,
                Mount Laurel, NJ 08054-0486
5342709       +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2020 20:03:10     Synchrony Bank,
                c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5342244       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 20 2020 19:49:21
                Verizon,   Verizon Wireless Bk Admin,   500 Technology Dr Ste 550,
                Weldon Springs, MO 63304-2225
5342245       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 20 2020 19:49:21
                Verizon,   500 Technology Dr,   Weldon Spring, MO 63304-2225
                                                                                             TOTAL: 11

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Kim M Diddio    on behalf of Debtor 1 Tirbhowan  Bisnauth kdiddio@diddiolaw.com,
               kdiddio@gmail.com;r52326@notify.bestcase.com
              Kim M Diddio    on behalf of Debtor 2 Mooldevi  Bisnauth kdiddio@diddiolaw.com,
               kdiddio@gmail.com;r52326@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Tirbhowan Bisnauth,<br>**Debtor 1**<br><br>Mooldevi Bisnauth,<br>**Debtor 2** | Chapter 13<br><br>Case No. 5:20−bk−02070−RNO |

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **September 30, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: October 7, 2020<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: JoanGoodling, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 20, 2020 |

ntcnfhrg (03/18)