UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: TIRBHOWAN BISNAUTH and : CHAPTER 13
MOOLEDEVI BISNAUTH :
    Debtor(s) :
:
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
    Movant :
:
vs. :
:
TIRBHOWAN BISNAUTH and :
MOOLDEVI BISNAUTH :
    Respondent(s) : CASE NO. 5-20-bk-02070

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

    AND NOW, this 17th day of August, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

    1. Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required. More specifically,

    Trustee alleges and avers that debtor(s)' disposable income is greater than that which is committed to the plan based upon the Means Test calculation and specifically disputes the following amounts:

    a. Retirement loan (verification) – Line 41.

    7. Debtor(s)' plan violates 11 U.S.C. Sec. 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, debtor's have excess non-exempt equity in the following:

    a. Residential real estate

    WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.

b. Dismiss or convert debtor(s) case.
    c. Provide such other relief as is equitable and just.

                Respectfully submitted:

                /s/Charles J. DeHart, III
                Standing Chapter 13 Trustee
                8125 Adams Drive, Suite A
                Hummelstown, PA 17036
                (717) 566-6097

## CERTIFICATE OF SERVICE

       AND NOW, this 24th day of August, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Kim M. Diddio, Esquire
17 N. 6th Street
Stroudsburg, PA   18360

                /s/Deborah A. Behney
                Office of Charles J. DeHart, III
                Standing Chapter 13 Trustee

Case 5:20-bk-02070-RNO    Doc 23    Filed 08/24/20    Entered 08/24/20 08:14:09    Desc
Main Document    Page 2 of 2