UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re: Tirbhowan Bisnauth
Mooldevi Bisnauth

Case No.: 5-20-02070MJC

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | M & T |
| Court Claim Number: | 02 |
| Last Four of Loan Number: | 8340 |
| Property Address if applicable: | 144 Lenape Trail |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $9,080.80 |
| b. | Prepetition arrearages paid by the trustee: | $9,080.80 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $9,080.80 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is/was paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: September 26, 2023

                              Respectfully submitted,

                              /s/ Jack N. Zaharopoulos
                              Standing Chapter 13 Trustee
                              Suite A, 8125 Adams Drive
                              Hummelstown, PA  17036
                              Phone:  (717) 566-6097
                              Fax:  (717) 566-8313
                              email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Tirbhowan Bisnauth
Mooldevi Bisnauth

Case No.: 5-20-02070MJC

Chapter 13

**Debtor(s)**

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on September 26, 2023 I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Kim M Diddio, Esquire
17 N 6th St
Stroudsburg PA 18360

**Served by First Class Mail**
M&T Bank
PO Box 1288
Buffalo NY 14240-01288

Tirbhowan Bisnauth
Mooldevi Bisnauth
144 Lanape Trail
Albrightsville PA 18210

I certify under penalty of perjury that the foregoing is true and correct.

Date: September 26, 2023

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 20-02070    TIRBHOWAN BISNAUTH

**M & T BANK**  
P.O. BOX 1288  

BUFFALO, NY   14240-

**Acct No:** Lenape Trail - PRE-ARREARS ·  
ARREARS - REFUND/PAID IN FULL

Sequence: 24  
Modify:  
Filed Date:  
Hold Code: P

|  | Debt: | $20,034.10 | Interest Paid: | $0.00 |
|---|---|---|---|---|
| Amt Sched: | $182,457.97 | | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: $9,080.80 | Balance Due: | $10,953.30 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **M & T BANK** | | | | | | | |
| 520-0 | M & T BANK | C | 01/10/2023 | 0 | ($232.50) | $0.00 | ($232.50) | |
| | | | | | | Cred Rfd Chk #: 239654 | | |
| 520-0 | M & T BANK | | 12/13/2022 | 9015360 | $232.50 | $0.00 | $232.50 | 12/13/2022 |
| 520-0 | M & T BANK | | 10/18/2022 | 9014929 | $515.03 | $0.00 | $515.03 | 10/18/2022 |
| 520-0 | M & T BANK | | 07/13/2022 | 9014291 | $479.33 | $0.00 | $479.33 | 07/13/2022 |
| 520-0 | M & T BANK | | 06/14/2022 | 9014083 | $958.65 | $0.00 | $958.65 | 06/14/2022 |
| 520-0 | M & T BANK | | 05/17/2022 | 9013870 | $958.65 | $0.00 | $958.65 | 05/17/2022 |
| 520-0 | M & T BANK | | 04/12/2022 | 9013657 | $479.33 | $0.00 | $479.33 | 04/12/2022 |
| 520-0 | M & T BANK | | 03/16/2022 | 9013439 | $479.33 | $0.00 | $479.33 | 03/16/2022 |
| 520-0 | M & T BANK | | 02/16/2022 | 9013216 | $479.33 | $0.00 | $479.33 | 02/16/2022 |
| 520-0 | M & T BANK | | 12/15/2021 | 9012752 | $958.65 | $0.00 | $958.65 | 12/15/2021 |
| 520-0 | M & T BANK | | 10/14/2021 | 9012249 | $1,480.50 | $0.00 | $1,480.50 | 10/14/2021 |
| 520-0 | M & T BANK | | 09/14/2021 | 9011998 | $987.00 | $0.00 | $987.00 | 09/14/2021 |
| 520-0 | M & T BANK | | 07/14/2021 | 9011479 | $493.50 | $0.00 | $493.50 | 07/14/2021 |
| 520-0 | M & T BANK | | 05/18/2021 | 9010941 | $811.50 | $0.00 | $811.50 | 05/19/2021 |

Sub-totals: $9,080.80    $0.00    $9,080.80

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | Grand Total: | $9,080.80 | $0.00 | | |