Fill in this information to identify the case:

Debtor 1   Mooldevi   Bisnauth

Debtor 2   Tirbhowan   Bisnauth
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA

Case number   20-02070 MJC

Form 4100R

# Response to Notice of Final Cure Payment    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** M&T BANK

**Court claim no. (if known):** 2-2

**Last 4 digits** of any number you use to identify the debtor's account: 8340

**Property address:**
734 Lenape Trail
Albrightsville, PA 18210

## Part 2: Prepetition Default Payments

Check one:

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   01 / 01 / 2024

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a. Total postpetition ongoing payments due:    (a)   $ _____
b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b)   $ _____
c. **Total.** Add lines a and b.    (c)   $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

Form 4100R                     Response to Notice of Final Cure Payment                     page 1

Case 5:20-bk-02070-MJC    Doc 48    Filed 10/09/23    Entered 10/09/23 19:12:31    Desc
Document ID: a703b165d02c8d048a33b8285cb400b1ae6052a88a316fb0444ce727a92d56c7
Main Document    Page 1 of 3

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ *Michael Farrington*                                Date    10/06/2023
Michael Farrington
06 Oct 2023, 14:26:41, EDT

    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 16106
    215-627-1322
    bkgroup@kmllawgroup.com
    Attorney for Creditor

Form 4100R                     Response to Notice of Final Cure Payment                     page 2

Case 5:20-bk-02070-MJC    Doc 48    Filed 10/09/23    Entered 10/09/23 19:12:31    Desc
Document ID: a703b165d02c8d048a33b8285cb400b1ae6052a88a316fb0444ce727a92d56c7
                                  Main Document    Page 2 of 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tirbhowan Bisnauth<br>　　　Mooldevi Bisnauth<br><br>　　　　　　　　　　　　　　**Debtor(s)**<br><br>**M&T BANK**<br>　　　　　　　　　　　　　　**Movant**<br>　　vs.<br><br>**Tirbhowan Bisnauth**<br>**Mooldevi Bisnauth**<br>　　　　　　　　　　　　　　**Debtor(s)**<br><br>**Jack N. Zaharopoulos**,<br>　　　　　　　　　　　　　　**Trustee** | BK NO. 20-02070 MJC<br><br>Chapter 13<br><br>Related to Claim No. 2-2 |

## CERTIFICATE OF SERVICE
## RESPONSE OT NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>October 9, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Mooldevi Bisnauth
144 Lenape Trail
Albrightsville, PA 18210

Tirbhowan Bisnauth
144 Lenape Trail
Albrightsville, PA 18210

<u>Attorney for Debtor(s) (via ECF)</u>
Kim M. Diddio, Esq.
17 North 6th Street
Stroudsburg, PA 18360

<u>Trustee (via ECF)</u>
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service:  electronic means or first-class mail.

Dated: <u>October 9, 2023</u>

　　　　　　　　　　　　　　　　　　　　　　*/s/Michael P. Farrington*
　　　　　　　　　　　　　　　　　　　　　　Michael P. Farrington Esquire
　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 329636
　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　201-549-5366
　　　　　　　　　　　　　　　　　　　　　　mfarrington@kmllawgroup.com